STATE of Missouri, Respondent,

v.

David F. FRAKES, Appellant.

No. WD 70562.

Missouri Court of Appeals,
Western District.

May 18, 2010.

Rosalynn Koch, for Appellant.

Jamie P. Rasmussen, for Respondent.

Before Division Two: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

## *ORDER*

PER CURIAM:

David Frakes appeals his conviction for first-degree statutory sodomy, section 566.062, RSMo Cum.Supp.2009, and sentence of twenty-five years imprisonment. He claims that the trial court erred in overruling his motion for new trial based on misrepresentations by the prosecutor in closing argument and in permitting certain expert testimony.

The judgment of conviction is affirmed. Rule 30.25(b).

Mark YOUNGER, Respondent,

v.

Greg STIENS, Appellant.

No. WD 69927.

Missouri Court of Appeals,
Western District.

May 18, 2010.

Robert E. Sundell, Esq., Maryville, MO, for appellant.

Greg L. Stiens, Appellant Acting Pro Se, for respondent.

Before Division One: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART, JR. and ALOK AHUJA, Judges.

ORDER

PER CURIAM.

Greg Stiens appeals from a judgment entered against him in an interpleader action. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. We also deny the Respondent Mark Younger's Motion to Dismiss the appeal.

JUDGMENT AFFIRMED. Rule 84.16(b).